# UNITED STATES DISTRICT COURT

United States Magistrate Court
D&&-&DTX
FILED

### for the
Southern District of Texas

JAN 2 1 2015 2B

David J. Bradley, Clerk
Laredo Division

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 5:15mj56 |
| Severiano Estrada | ) | |
| | ) | |

*AFPD*
*Det'n/PE*
*1.28.15*
*10AM*

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____1/20/2015_____ in the county of _Jim Hogg_____in the
_Southern_____ District of _Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 Sec 846. 841(a)(1) | Knowingly and unlawfully conspired to possess with the intent to distribute a controlled substance, listed under Schedule I of the Controlled Substance Act, to wit; approximately 1.13 kilograms of Crystal Methamphetamine. |

This criminal complaint is based on these facts:

See Attachment A.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Task Force Officer Rolando R. Flores
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___1/21/15___

City and state: Laredo, Texas

_____
*Judge's signature*

U.S. Magistrate Judge
_____
*Printed name and title*

**Attachment to Severiano ESTRADA Complaint/Case Number: M6-15-0038**

On January 19, 2015, at approximately 11:30 p.m., Brianna LOZANO and Severiano ESTRADA approached the United States Border Patrol (USBP) Checkpoint located at on FM 1017 near Hebbronville, TX. Lozano was driving a Brown 2007 Cadillac Escalade SUV bearing Texas license plate FCJ9170. USBP Agent Zachariah Marsh identified himself as a Border Patrol Agent and asked the driver Brianna Lozano her citizenship. Lozano replied she was a US citizen. Agent Marsh then asked the passenger Severiano Estrada Jr his citizenship status. Estrada replied he was a US citizen. Agent Marsh then asked the passengers where they were headed and noticed the driver and passenger began talking nervously over each other. Both Estrada and Lozano replied that they were going to Houston for a birthday party. Agent Marsh then proceeded to ask the driver Lozano for identification. Lozano stated that she didn't have any identification and Estrada immediately suggested that he would drive the vehicle. Agent Marsh asked who the vehicle belonged to and Estrada stated the vehicle belonged to his cousin, Jessica Jazmin Gutierrez. Agent Marsh then asked for identification from Estrada and he handed over a Texas Driver's License #29529308. While Agent Marsh continued to conduct his immigration inspection, Agent Gonzales and his service canine June were conducting a free air canine sniff of the exterior of the vehicle. June alerted to the driver's side rear cargo area. Agent Marsh and Agent Gonzales both agreed to refer the vehicle to the secondary inspection area.

Once in secondary, Agent Marsh asked both subjects to exit the vehicle. Agent Marsh, Agent Gonzalez, Agent Canales and Agent Faz proceeded to conduct a thorough search of the vehicle. A small plastic wrapped cellophane bundle was found in a factory compartment in the rear of the Escalade. The contents of the bundle were then tested for the presence of narcotics. The cellophane bundle tested positive for methamphetamine. Both Lozano and Estrada were placed under arrest and transported, along with the cellophane bundle to the Hebbronville Border Patrol station for processing. The bundle of methamphetamine was weighed and it was determined to be approximately 1.13 kilograms.

United States Border Patrol Agents then Contacted DEA Task Force Officer (TFO) Rolando Flores. Special Agent Joseph Osborne and TFO Flores then drove to the USBP Station in Hebbronville to interview Lozano and Estrada.

After TFO Flores read Estrada his Miranda Warning per the DEA-13A Miranda Warning card and received a verbal and written acknowledgement of his understanding, Estrada confessed to knowledge of the type of drug and its location in the vehicle, handling the narcotics and agreeing to transport the methamphetamine to Houston, Texas. Estrada did not reveal how much he was to be paid and denied knowledge of the delivery address in Houston, Texas. Estrada stated that Lozano was not aware of the methamphetamine or the plan to deliver it to Houston, TX.